**956**          Cases Reported with Brief Syllabi.

with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Susie T. Stewart, Respondent, v. F. W. Woolworth Company and Jerome A. Turrell, Appellants.— While it will be competent for the plaintiff to prove the fact stated in the 7th subdivision of the complaint, upon the trial, it is improper to plead the evidence. The allegation is unnecessary and redundant, and the order must be reversed, with ten dollars costs and disbursements, and the motion granted, with costs. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Florence E. Townsend, Respondent, v. George S. Townsend, Appellant, — Judgment affirmed by default, with costs. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Annie M. Greene, Appellant, v. Mary A. Greene and Katherine Greene, Respondents, and Others, Defendants.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

May M. Gugel and Daisy E. Hiscox, Respondents, v. Everett S. Hiscox and Jesse F. Hiscox, Appellants.— Interlocutory judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Thomas Hooker, Respondent, v. Clinton J. Sharrett, Appellant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

In the Matter of the Application and Petition of John A. Bensel and Others, Constituting the Board of Water Supply of the City of New York, to Acquire Real Estate, etc., under Chapter 724 of Laws of 1905, etc., in the Towns of Mount Pleasant and Greenburg, etc. (Southern Aqueduct Department, Sections 15 and 17. Parcels 1072–1086.) The City of New York, Appellant; Knollwood Park Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, Thomas and Woodward, JJ., concurred; Burr and Carr, JJ., concurred, except as to the sixteen lots for which an award was made to unknown owners.

In the Matter of the Judicial Settlement of the Account of Gilbert F. Lawrence, as Executor, etc., of Thomas Lawrence, Deceased. Gilbert F. Lawrence, Individually and as Executor, etc., Appellant; Lelia L. Hanson and Others, Respondents.— Decree of the Surrogate's Court of Rockland county affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Simon Kirschbaum and Others, as Executors, etc., of Moses May, Deceased, Respondents, v. Frederick W. R. Eschmann, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Julius A. Leggett, Respondent, v. Vitagraph Company of America, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Hannah London, Respondent, v. The City of New York, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, on the ground that there is not sufficient proof of any negligence on the part of the defendant. Jenks, P. J., Thomas and Carr, JJ., concurred; Woodward and Rich, JJ., voted for affirmance.